# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, R. ALEXANDER ACOSTA,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>KINETICSWARE, INC., a Washington Corporation; KINETICSWARE, INC., 401(k) SAVINGS PLAN, an employee benefit plan; JEFFREY SAMPSON, an individual; and RICHARD BARNETT, an individual,<br><br>Defendants-Respondents. | Case No. 2:10-cv-01852-JLR<br><br>**REVISED ORDER MODIFYING PAYMENT SCHEUDLE FOR MR. JEFFREY SAMPSON** |

Plaintiff-Petitioner, R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor, along with Mr. Jeffrey Sampson, Defendant-Respondent, having submitted a proposal to modify the Court's Order regarding Mr. Sampson's payments to satisfy the Consent Judgment of this Court, entered on Jan. 9, 2012; and,

PROPOSED
REVISED ORDER MODIFYING PAYMENT
SCHEDULE FOR JEFFREY SAMPSON - PAGE 1 OF 2

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
300 Fifth Ave., Suite 1120
Seattle, WA 98104
Telephone: (206) 757-6753
Facsimile: (206) 757-6761

it appearing to this Court that the proposed modified payment schedule is appropriate; it is hereby

ORDERED that Defendant-Respondent Sampson will make a payment to the appointed Independent Fiduciary of $1,000 by March 30, 2018 in lieu of repaying payments due to date; and it is further

ORDERED that Defendant-Respondent Sampson will make quarterly payments in the amount of $4,000 starting on April 15, 2018 toward his obligation to the Plan and under the Consent Judgment, and will continue to make quarterly payments due on the 15th of July, October, January and April until the Plan is wholly compensated; and it is further

ORDERED that Defendant-Respondent Sampson will provide timely information about changes to his financial circumstances to the Secretary of Labor to accelerate the resolution of his obligation to the Plan; and will submit a financial affidavit to the Secretary of Labor at least annually at the beginning of each calendar year.

DATED this  26th  day of March, 2018.

Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Abigail G. Daquiz

WSBA No. 35521
Senior Trial Attorney
U.S. DEPARTMENT OF LABOR

**PROPOSED**
**REVISED ORDER MODIFYING PAYMENT**
**SCHEDULE FOR JEFFREY SAMPSON - PAGE 2 OF 2**

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
300 Fifth Ave., Suite 1120
Seattle, WA 98104
Telephone: (206) 757-6753
Facsimile: (206) 757-6761