**HONORABLE JAMES L. ROBART**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, EUGENE SCALIA,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>KINETICSWARE, INC., a Washington Corporation; KINETICSWARE, INC., 401(k) SAVINGS PLAN, an employee benefit plan; JEFFREY SAMPSON, an individual; and RICHARD BARNETT, an individual,<br><br>Defendants-Respondents. | Case No. 2:10-cv-01852-JLR<br><br>~~(PROPOSED)~~<br>**ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE** |

THIS MATTER, having come before the Court in the form of an Agreed Motion to Continue Status Conference to a day and time acceptable to the Court during the weeks of January 21, 2020 or January 27, 2020, and to facilitate an exchange of financial information prior to the status conference, it is hereby:

(PROPOSED) ORDER GRANTING MOTION TO
CONTINUE STATUS CONFERENCE- PAGE 1 OF 2

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
300 Fifth Ave., Suite 1120
Seattle, WA 98104
Telephone: (206) 757-6753
Facsimile: (206) 757-6761

ORDERED, ADJUGED AND DECREED that the parties' Motion to Continue Status Conference is Granted and the new date and time for the status conference will be January 29, 2020 at 9:00 a.m.

DATED this 4th day of December 2019.

By: _____
United States District Judge

Presented by:

UNITED STATES DEPARTMENT OF LABOR

By:  /s/ Abigail G. Daquiz
Bruce L. Brown, Associate Regional Solicitor
Abigail G. Daquiz, Sr. Trial Attorney

Attorneys for Plaintiff

(PROPOSED) ORDER GRANTING MOTION TO
CONTINUE STATUS CONFERENCE- PAGE 2 OF 2

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
300 Fifth Ave., Suite 1120
Seattle, WA 98104
Telephone: (206) 757-6753
Facsimile: (206) 757-6761